In the Matter of SARAH BERTHOLF *v.* ALFRED CARR, as Executor, etc.

*Supreme Court, First Department, General Term, January 24, 1890.*

*Costs. Disputed claim.*—A successful claimant is entitled to disbursements on a reference of a disputed claim.

Reargument of appeal from order denying to appellant the fees of a referee on the reference of a claim against the executor.

*John Townshend*, for appellant.

*A. B. Carrington*, for respondent.

VAN BRUNT, P. J.—The case of Larkins *v.* Maxon, 103 N. Y. 680, disposes of the questions involved in this appeal in favor of the appellant.

The order should be reversed, with ten dollars costs and disbursements, and the motion granted.

DANIELS and BRADY, JJ., concur.